UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>   Plaintiff,<br><br>v.<br><br>**Loban Maple Leaf Properties, LP**, a Washington Limited Partnership; **Loban Maple Leaf Management, LLC**, a Washington Limited Liability Company; **Gloria's Burritos,** a California Corporation**,**<br><br>   Defendants. | Case: No.4:22-CV-01220-JSW<br><br>**ORDER GRANTING STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSSED AS TO DEFENDANT GLORIA'S BURRITOS** |

The Court has considered the stipulation between Plaintiff and the Loban Maple Leaf Defendants to extend the joint site inspection, and it will grant that extension. The deadline for these parties to complete the joint site inspection is June 10, 2022 and all other dates that are calculated based on the joint site inspection are adjusted accordingly.

However, Defendant Gloria's Burritos has not yet appeared, and its answer was due on or about April 25, 2022. Accordingly, the Court **ORDERS** Plaintiff to show cause why the case against Gloria's Burritos should not be dismissed for failure to prosecute.

Plaintiff's response to this Order to Show Cause shall be due by no later than June 1, 2022. If Plaintiff fails to respond to this Order to Show

Cause, the Court shall dismiss the claims against Gloria's Burritos without prejudice.

**IT IS SO ORDERED**.

Dated: May 18, 2022

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE